No. 73–93. STAFOS *v.* JARVIS, TRUSTEE IN BANK-RUPTCY. C. A. 10th Cir. Motion to amend petition granted. Certiorari denied.

No. 73–168. DUROVIC, DBA DUGA LABORATORIES, ET AL. *v.* WEINBERGER, SECRETARY OF HEALTH, EDUCATION, AND WELFARE, ET AL. C. A. 7th Cir. Certiorari denied. MR. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.